# Third District Court of Appeal

## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0544
Lower Tribunal No. 16-15912
_____

## M.B., the Father,
Appellant,

vs.

## Department of Children and Families, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Joyce Law, P.A., and Richard F. Joyce, for appellant.

Karla Perkins, for appellee Department of Children and Families; Thomasina F. Moore, Statewide Director of Appeals, and Laura J. Lee, Senior Attorney, Appellate Division (Tallahassee), for appellee Guardian ad Litem.

Before EMAS, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.